# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Raymond Anthony Beyt
Beyt & Beyt
P. O. Box 52157
Lafayette LA 70505

Matthew Joseph Randazzo, III
Randazzo, Giglio & Bailey, LLC
P. O. Box 51347
Lafayette LA 70505

Christopher B. Bailey
Randazzo, Giglio & Bailey, LLC
P. O. Box 51347
Lafayette LA 70505

Marie Roach Yeates
Vinson & Elkins
1001 Fannin St., #2500
Houston TX 77002-6760

Patrick H. Martin
Attorney at Law
P. O. Box 8184
Clinton LA 70722


**REHEARING ACTION: August 15, 2012**


**Docket Number: 12   00142-CA**

**CLOVELLY OIL CO., LLC**
**VERSUS**
**MIDSTATES PETROLEUM CO., LLC, ET AL.**

**Appealed from Evangeline Parish Case No. 70728B(A)**


<u>**BEFORE JUDGES**</u>**:**

> **Hon. Jimmie C. Peters**
> **Hon. Elizabeth A. Pickett**
> **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Midstates Petroleum Co., LLC** has this day been

> **DENIED.**


cc: Harry Kent Aguillard, Counsel for the Appellant
  Marshall Taylor Darden, Counsel for the Appellant
  Stephen P. Scullin, Counsel for the Appellant
  Matthew J. Fantaci, Counsel for the Appellant
  Paul Joseph Goodwine, Counsel for the Appellee
  Holly M. Occhipinti, Counsel for the Appellee